### 18231.  FUTCH *v.* THE STATE.

LUKE, J. A bill of exceptions will not lie to a judgment overruling a motion for a new trial in a criminal case where the only trial had was upon the issues raised by a plea in abatement, the verdict being against the plea. There is no difference in principle between a verdict finding against a plea in abatement, and a finding against such a plea by the judge (where, by consent, he passes upon the plea without the intervention of a jury), and it is well settled that the striking of a plea in abatement is not a "final" judgment within the meaning of section 6138 of the Civil Code of 1910. *McElroy* v. *State*, 123 *Ga.* 546 (51 S. E. 596); *W. & A. R. Co.* v. *Williams*, 146 *Ga.* 27 (90 S. E. 478); *English* v. *Rosenkrantz*, 150 *Ga.* 745 (105 S. E. 292). A plea of res judicata is a plea in abatement.

> *Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

> DECIDED JULY 26, 1927.

Arson; from Evans superior court—Judge Daniel. May 13, 1927.

*C. L. Cowart,* for plaintiff in error.

*J. T. Grice, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 406, n. 29 New; 6. 414, n. 31 New; 17 C. J. p. 26, n. 31; p. 35, n. 56 New.